David LaROCHE et al.

v.

## COMMERCE OIL REFINING CORPORATION.

### No. 79–421–M.P.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Thomas H. Quinn, Jr., Providence, for petitioners.

Letts, Quinn & Licht, Daniel J. Murray, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.